IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

OCT 1 0 2018

Clerk, U S District Court
District Of Montana
Billings

| HIGH COUNTRY PAVING, INC., | CV 18–163–M–DLC |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| UNITED FIRE & CASUALTY CO., | |
| Defendant. | |

Before the Court is Plaintiff's Motion to Strike or, Alternatively, for Leave to File Surreply (Doc. 8). While the Court has not yet received a response, Plaintiff indicates that Defendant opposes this Motion. (*Id.* at 2.) Nonetheless, the Court finds good cause to grant Plaintiff's Motion and allow the filing of a surreply. Accordingly,

IT IS ORDERED that Plaintiff's Motion (Doc. 8) is GRANTED. The Clerk of Court is directed to file Plaintiff's Surreply, attached to Plaintiff's Brief in Support (Doc. 9) as Exhibit 1, in the record of this case.

-1-

DATED this 10th day of October, 2018.

_____
Dana L. Christensen, Chief Judge
United States District Court