IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JUL 1 6 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| HIGH COUNTRY PAVING, INC., | CV 18–163–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED FIRE & CASUALTY CO., | |
| Defendant. | |

Plaintiff High Country Paving having moved unopposed for an extension of time to file a consolidated brief regarding the two pending motions to compel,

IT IS ORDERED that High Country's motion (Doc. 37) is GRANTED.

High County shall file its consolidated response/reply on or before August 2, 2019.

DATED this 16th day of July, 2019.

Donald W. Molloy, District Judge
United States District Court