FILED

AUG 2 1 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HIGH COUNTRY PAVING, INC., | CV 18–163–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED FIRE & CASUALTY CO., | |
| Defendant. | |

Defendant United Fire having moved unopposed to file a sur-reply,

IT IS ORDERED that High Country's motion (Doc. 56) is GRANTED.

United Fire shall file its sur-reply, not to exceed 2,500 words, on or before August 30, 2019. *See* L.R. 7.1(d)(1)(D).

DATED this 21st day of August, 2019.

Donald W. Molloy, District Judge
United States District Court