

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HIGH COUNTRY PAVING, INC., | CV 18–163–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED FIRE & CASUALTY CO., | |
| Defendant. | |

Defendant United Fire having moved unopposed to file a late reply in support of its pending motion to compel,

IT IS ORDERED that United Fire's motion (Doc. 61) is GRANTED. The reply brief currently lodged at Doc. 61-1 is DEEMED FILED and will be considered by the Court in its review of the motion.

DATED this __29th__ day of August, 2019. 11:17 AM

*Judge Donald Molloy*
Donald W. Molloy, District Judge
United States District Court