IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HIGH COUNTRY PAVING, INC., | CV 18–163–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED FIRE & CASUALTY CO., | |
| Defendant. | |

There are two discovery motions pending in this case. First, High Country seeks to compel United Fire to produce documents and communications currently withheld under claims of either privilege or work-product protections on the ground that United Fire has waived such protections. (Doc. 31.) Second, United Fire seeks to compel production of communications containing any evaluation of the third-party claims against High Country. (Doc. 35.) Having reviewed the parties' filings related to the above,

IT IS ORDERED that the parties must submit a hard copy of the documents withheld in their respective privilege logs to Chambers on or before October 25, 2019, for *in camera* inspection.

1

IT IS FURTHER ORDERED that by the same date, the parties shall comply with the Court's April 3, 2019 Scheduling Order and file with the Court:

(1) a certification that they informed their respective clients that the loser will pay the opposing party's associated fees and costs on the present motions and

(2) individual affidavits detailing their respective fees and costs associated with the two motions.

(Doc. 22 at ¶ 7a); *see* Fed. R. Civ. P. 37(a)(5).

DATED this 16th day of October, 2019.

_____
Donald W. Molloy, District Judge
United States District Court