IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
NOV 1 2 2019
Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| HIGH COUNTRY PAVING, INC., | CV 18–163–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED FIRE & CASUALTY CO., | |
| Defendant. | |

Plaintiff High Country Paving having moved to stay its compliance with this Court's November 4, 2019 Order, (*see* Doc. 77),

IT IS ORDERED that High Country's motion (Doc. 80) is DENIED.

DATED this 12th day of November, 2019.

Donald W. Molloy, District Judge
United States District Court