IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HIGH COUNTRY PAVING, INC., | CV 18–163–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED FIRE & CASUALTY CO., | |
| Defendant. | |

The Ninth Circuit Court of Appeals having denied Plaintiff High Country Paving, Inc.'s petition for writ of mandamus, (*see* No. 19-72853 (Apr. 2, 2020)),

IT ORDERED that the stay in this case is LIFTED.

IT IS FURTHER ORDERED that High Country shall disclose the documents identified in this Court's November 4, 2019 Order, (*see* Doc. 77), to Defendant United Fire & Casualty Co. on or before April 10, 2020.

A trial schedule will be set by separate order.

DATED this 2ⁿᵈ day of April, 2020.

13:10 P.M.

Donald W. Molloy, District Judge
United States District Court