IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HIGH COUNTRY PAVING, INC., | CV 18–163–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED FIRE & CASUALTY CO., | |
| Defendant. | |

The Court having been informed that the case was not resolved at the settlement conference,

IT IS ORDERED that parties shall file their responses to the pending motions (Docs. 101, 106) on or before May 29, 2020. The respective responses shall not exceed 10 pages.

DATED this 22nd day of May, 2020.

_____
Donald W. Molloy, District Judge
United States District Court