IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HIGH COUNTRY PAVING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED FIRE & CASUALTY CO., <br><br> Defendant. | CV 18–163–M–DWM <br><br><br> CONSENT JUDGMENT |

Pursuant to the stipulation of the Parties, (Doc. 118), IT IS ORDERED that:

1. Judgment is entered against High Country Paving, Inc., dismissing with prejudice all of its claims against United Fire & Casualty Company, except for the Breach of Contract claim in Count 2 of the Complaint.

2. Judgment is entered against United Fire & Casualty Company in the amount of $1,400,000 for damages, attorney fees, costs and prejudgment interest under Count 2 of the Complaint, but United Fire & Casualty Company reserves the right to appeal the Court's January 3, 2020 Order granting High Country Paving Inc.'s motion for partial summary judgment and denying United Fire & Casualty Company's motion for partial summary judgment regarding coverage under the Commercial General Liability (CGL) coverage. High Country Paving, Inc. reserves the right to cross appeal the January 3, 2020 Order.

3. The January 3, 2020 order and this judgment shall be stayed pursuant to Rule 8 F.R.A.P. without the requirement of United Fire & Casualty Company posting security.

DATED this ___1st___ day of September, 2020.

_____  15:15 P.M.
Donald W. Molloy, District Judge
United States District Court